1 | PHILLIPS, SPALLAS & ANGSTADT LLP
Robert K. Phillips -135088
2 | Candice A. Mullings 0237383
Three Embarcadeo, Suite 550
3 | San Francisco, California  94111
Telephone: (415) 278-9400
4 | Facsimile:  (415) 278-9411

5 | Attorneys for Defendant,
WAL-MART STORES, INC.

6
7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11 | NATHALIE THUY VAN; NATHALIE THUY | Case No. : C 08 05296 PVT
VAN as Guardian ad Litem for RAINIER VINH-
12 | THUY NGUYEN-PHUOC,

13 |        Plaintiffs,                          STIPULATION AND [PROPOSED] ORDER
                                                REGARDING MEDIATION
14 | v.

15 | WAL-MART STORES, INC.; JOHN DOE and
RACHEL ROE, security personnel for Wal-Mart,
16 | the identities and exact numbers of whom are
unknown to plaintiffs;
17 | DOES 10 to 50;

18 |        Defendants.

19    It is HEREBY STIPULATED by and between the parties hereto through their respective counsel that

20 the parties will complete Mediation with David Alexander prior to September 30, 2009.

21

22 Dated: June 23, 2009                          PHILLIPS, SPALLAS & ANGSTADT LLP

23
                                                 /s/ Candice A. Mullings
24                                               Robert K. Phillips
                                                 Candice A. Mullings
25                                               Attorneys for Defendant
                                                 WAL-MART STORES INC.
26
27
28
                                          - 1 -

| | |
|---|---|
| 1 | |
| 2 | Dated: June 23, 2009 |
| 3 | |
| 4 | |
| 5 | |

Dated: June 23, 2009                         LAW OFFICES OF ANTHONY BOSKOVICH

/s/ Anthony Boskovich

_____
Anthony Boskovich
Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: 6/24/09

*[signature: Patricia V. Trumbull]*

Judge Patricia V. Trumbull
United States Magistrate Judge

- 2 -
STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION
Case No. : C 08 05296 PVT