ORIGINAL

Received

2008 NOV 21  P 2: 47

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Anthony Boskovich, No. 121198
policemisconduct@compuserve.com
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, California 95113-1210

408-286-5150

Attorneys for Plaintiffs NATHALIE THUY VAN; and
RAINIER VINH-THUY NGUYEN-PHUOC

IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN; NATHALIE THUY VAN as Guardian ad Litem for RAINIER VINH-THUY NGUYEN-PHUOC, <br><br> Plaintiffs, <br><br> v. <br><br> WAL-MART STORES, INC., ; JOHN DOE and RACHEL ROE, security personnel for Wal-Mart, the identities and exact numbers of whom are unknown to plaintiffs; DOES 10 to 50, <br><br> Defendant. | Case No. C08 05296 <br><br> PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM |

Petitioner NATHALIE THUY VAN states as follows:

1. I am the natural mother and legal guardian of plaintiff RAINIER VINH-THUY NGUYEN-PHUOC, and make this application on his behalf.

2. RAINIER VINH-THUY NGUYEN-PHUOC is about to commence an action in this Court against WAL-MART STORES, INC. and its security staff arising out of the detention and harassment of RAINIER at the Milpitas store. The complaint alleges that RAINIER was falsely accused of shoplifting when this in fact did not occur, and that defendants inappropriately used the authority of the California Penal Code in order to extort money from us.

Petition and Order for Appointment of Guardian ad Litem                                          Page 1

1      3. RAINIER VINH-THUY NGUYEN-PHUOC requires a Guardian ad Litem because
2  he is a minor child whose date of birth is 8/24/1995.
3      4. I am willing to ast as Guardian ad Litem for plaintiff, as appears by my signature below.
4      **WHEREFORE**, Petitioner NATHALIE THUY VAN moves the Court for an order
5  appointing as Guardian ad Litem for plaintiff for the purpose of bringing this action against the
6  defendant on the claim stated above.
7  Dated: November 21, 2008          LAW OFFICES OF ANTHONY BOSKOVICH
8
9
10                                   _____
11                                   Anthony Boskovich,
                                    Attorney for Plaintiffs
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28 Petition and Order for Appointment of Guardian ad Litem                        Page 2

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113 (408) 286-5150

**CONSENT OF NOMINEE**

I, Nathalie Van, consent to act as Guardian ad Litem for the minor plaintiff in this matter, RAINIER VINH-THUY NGUYEN-PHUOC.

Dated: November 21, 2008

_____
Nathalie Thuy Van

**ORDER**

The petition for an order appointing NATHALIE THUY VAN as Guardian ad Litem for RANIER VINH-THUY NGUYEN-PHUOC is hereby **GRANTED**.

Dated: 7/10/09

_____
Judge of the United States District Court