Anthony Boskovich, No. 121198
policemisconduct@compuserve.com
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, California 95113-1210

408-286-5150

Attorney for plaintiffs

# IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN; NATHALIE THUY VAN as Guardian ad Litem for RAINIER VINH-THUY NGUYEN-PHUOC,<br>　　　　　　　　　　*Plaintiffs*,<br>v.<br>WAL-MART STORES, INC.; JOHN DOE and RACHEL ROE, security personnel for Wal-Mart, the identities and exact numbers of whom are unknown to plaintiffs; DOES 10 TO 50,<br>　　　　　　　　　　*Defendants*. | No. C08 05296 PVT<br><br>STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT |

After the initial case management conference, defendants disclosed the identities of the security guards involved in the incident. At the conference, counsel for plaintiff had informed the Court that the guards would be named when their identity was learned. Due to an oversight by counsel for plaintiff, the stipulation and proposed amendment was delayed until now. Counsel do not anticipate, however, that this oversight will delay the proceedings. Therefore,

Stipulation and [Proposed] Order
Granting Leave to File Amended Complaint
C08 05296 PVT　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1

1   **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective
2   attorneys of record that Plaintiff may file an Amended Complaint, a copy of which is attached
3   hereto, adding the true names of Wal-Mart security personnel involved in the alleged incident.

4

5   **IT IS FURTHER STIPULATED** that defendant Wal-Mart shall not be required to answer
6   the amendment, and that all denials, responses, and affirmative defenses contained in the answer
7   filed by defendant to the original complaint shall be responsive to the amended complaint.

8                                                                /s/
9   Dated: 12 July 2009                       _____
                                                Anthony Boskovich
10                                              Attorney for Plaintiff

11

12
                                                                 /s/
13  Dated: 13 July 2009                       _____
                                                Candice Mullings
14                                              Attorney for Defendant Wal-Mart Stores, Inc.

15

16                                  **ORDER**

17

18          On stipulation of the parties,

19          **IT IS SO ORDERED**.

20

21  Dated:  7/15/09

22

23

24          _____
                    United States Magistrate Judge
25

26

27  Stipulation and [Proposed] Order
    Granting Leave to File Amended Complaint
28  C08 05296 PVT                                                                    Page 2

*Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150*