PHILLIPS, SPALLAS & ANGSTADT LLP
Robert K. Phillips -135088
Candice A. Mullings 0237383
Three Embarcadeo, Suite 550
San Francisco, California 94111
Telephone: (415) 278-9400
Facsimile: (415) 278-9411

Attorneys for Defendant,
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN; NATHALIE THUY VAN as Guardian ad Litem for RAINIER VINH-THUY NGUYEN-PHUOC,<br><br>Plaintiffs,<br>v.<br><br>WAL-MART STORES, INC.; JOHN DOE and RACHEL ROE, security personnel for Wal-Mart, the identities and exact numbers of whom are unknown to plaintiffs;<br>DOES 10 to 50;<br><br>Defendants. | Case No. : C 08 05296 PVT<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION |

It is HEREBY STIPULATED by and between the parties hereto through their respective counsel that the parties will complete Mediation with David Alexander prior to December 18, 2009. Good cause exists to extend the Mediation deadline from September 30, 2009 to December 18, 2009 because Plaintiffs depositions are scheduled for November 4, 2009.

Dated: September 28, 2009                    PHILLIPS, SPALLAS & ANGSTADT LLP


/s/ Candice A. Mullings
Robert K. Phillips
Candice A. Mullings
Attorneys for Defendant
WAL-MART STORES INC.

- 1 -
STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION
Case No. : C 08 05296 PVT

Dated: September 28, 2009                    LAW OFFICES OF ANTHONY BOSKOVICH

/s/ Anthony Boskovich

---

Anthony Boskovich
Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: 9/29/09

*/s/ Patricia V. Trumbull*
Judge Patricia V. Trumbull
United States Magistrate Judge