UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| NATHALIE THUY VAN, et al., | ) | Case No.: C 08-5296 PVT |
| Plaintiffs, | ) ) | **ORDER TENTATIVELY GRANTING PLAINTIFFS' COUNSEL'S MOTION TO WITHDRAW, CONTINUING HEARING ON MOTION, AND SCHEDULING BRIEFING** |
| v. | ) ) | |
| WAL-MART STORES, INC., | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

On December 29, 2009, Plaintiffs' counsel filed a motion to withdraw as counsel, with a noticed hearing date of February 2, 2010. Based on the motion, and the file herein,

IT IS HEREBY ORDERED that Plaintiffs' counsel's motion to withdraw as counsel is TENTATIVELY GRANTED.

IT IS FURTHER ORDERED that the hearing on Plaintiffs' counsel's motion to withdraw as counsel is CONTINUED to 10:00 a.m. on February 16, 2010. Any opposition to the motion shall be filed with the court no later than February 2, 2010. Any reply shall be filed by February 9, 2010.

IT IS FURTHER ORDERED that, if no opposition to the motion is filed, this tentative ruling shall become the final order of the court on the motion.

IT IS FURTHER ORDERED that Plaintiffs counsel shall promptly mail a copy of this order to his clients, and shall file a certificate of such service no later than January 12, 2010.

Dated: *1/6/10*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*