|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |
| 3   |     |     |
| 4   |     |     |
| 5   |     |     |
| 6   |     |     |
| 7   |     |     |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| NATHALIE THUY VAN, et al., | ) | Case No.: C 08-5296 PVT |
| Plaintiffs, | ) ) | **ORDER EXTENDING STAY OF CASE TO JULY 20, 2010, AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | ) | |
| WAL-MART STORES, INC., | ) ) | |
| Defendant. | ) ) | |

    On February 11, 2010, this court issued an order staying the case for 90 days in order to allow Plaintiffs to retain new counsel to replace their prior counsel, and for new counsel to review the file. On May 18, 2010, Defendant filed a Further Joint Case Management Conference Statement[1] that indicates Plaintiff Nathalie Thuy Van is appearing "in pro per" for herself and as guardian ad litem for her minor son, Plaintiff RVN.  Based on the file herein,

    IT IS HEREBY ORDERED that this case is further STAYED until July 20, 2010, to allow Plaintiffs time to retain new counsel for Plaintiff RVN.  While Plaintiff Van may represent herself *in pro per*, she may not represent her minor son *in pro per*. *See Johns v. County of San Diego*, 114

---

[1] While the statement purports to be "joint" and displays a "/s/" above Plaintiff Van's name in a signature block, the document does not meet the requirements of General Order 45, section X.B. regarding electronic filing of documents that contain signatures of individuals other than the person who e-files the document.

ORDER, *page 1*

1  F.3d 874, 877 (9th Cir.1997) ("a parent or guardian cannot bring an action on behalf of a minor child
2  without retaining a lawyer").  Plaintiffs are cautioned that, if no attorney makes an appearance for
3  Plaintiff RVN on or before July 20, 2010, the court will be constrained to dismiss Plaintiff RVN's
4  claims without prejudice.  *See, id*. at 878, quoting *Osei-Afriyie v. Medical College*, 937 F.2d 876,
5  883 (3rd Cir. 1991) (dismissal of unrepresented minor's claims should be without prejudice, "to
6  accrue for purposes of the relevant statutes of limitations when the children reach eighteen years of
7  age, or sooner if they become emancipated minors").
8       IT IS FURTHER ORDERED that the Case Management Conference is continued to
9  2:00 p.m. on July 27, 2010.  The parties shall file a Further Joint Case Management Conference
10 Statement no later than July 20, 2010.
11 Dated: *5/20/10*

12           PATRICIA V. TRUMBULL
           United States Magistrate Judge

***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

copies mailed on   *5/20/10*       to:

Nathalie Thuy Van
1037 N. Abbott Avenue
Milpitas, CA 95035

　　　　　　　　　　　　　　　　　　　　　　*/s/   Donna Kirchner            for*
　　　　　　　　　　　　　　　　　　　　　MARTHA BROWN
　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy