UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN, et al., <br><br>      Plaintiffs, <br><br>   v. <br><br> WAL-MART STORES, INC., <br><br>      Defendant. | Case No.: C 08-5296 PVT <br><br> **INTERIM ORDER re Plaintiff Nathalie Van's Motion for Sanctions** |

On May 21, 2010, Plaintiff filed a notice of motion for sanctions, setting the hearing date as May 25, 2010.  Having reviewed the papers submitted by Plaintiff, the court finds it appropriate to issue this interim order.  Based on the moving papers, and the file herein,

IT IS HEREBY ORDERED that the hearing on Plaintiff's motion for sanctions is scheduled for June 29, 2010.  Pursuant to this court's Civil Local Rule 7-2(a), absent a court order shortening time a motion must be served on opposing counsel at least 35 days before the scheduled hearing date.

IT IS FURTHER ORDERED that Defendant's opposition shall be filed no later than June 8, 2010.  Plaintiff's reply shall be filed no later than June 15, 2010.

Dated: *5/24/10*

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

*Counsel automatically notified of this filing via the court' s Electronic Case Filing system.*

copies handed to Plaintiff Van on  *5/25/10*         to:

Nathalie Thuy Van
1037 N. Abbott Avenue
Milpitas, CA 95035

                         /s/   Donna Kirchner            for
                         MARTHA BROWN
                         Courtroom Deputy

ORDER, *page 2*