UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| NATHALIE THUY VAN, et al., | ) | Case No.: C 08-5296 PVT |
| Plaintiffs, | ) ) | **ORDER TO DEFENDANT TO FILE REVISED OPPOSITION PAPERS THAT DO NOT DISCLOSE CONFIDENTIAL SETTLEMENT NEGOTIATIONS; AND** |
| v. | ) ) | |
| WAL-MART STORES, INC., | ) ) | **ORDER CONTINUING ALL HEARINGS TO JULY 20, 2010** |
| Defendant. | ) ) | |

The court is informed by chambers staff that on June 8, 2010, Defendant filed opposition papers that disclose a position taken by Plaintiff Van regarding settlement. Therefore,

IT IS HEREBY ORDERED that no later than June 29, 2010, Defendant shall file revised opposition papers that do not disclose the any position taken by Plaintiff Van regarding settlement. It is generally improper to disclose any position taken during settlement negotiations, particularly to the assigned judge. *See, e.g.*, ADR LR 6-12(a)(2) & 7-5(a)(2). If Defendant believes disclosure of Plaintiff Van's position regarding settlement is necessary to their opposition to the sanctions motion, Defendant shall serve and file a declaration explaining why the information is necessary (without disclosing the actual substance of the information).

IT IS FURTHER ORDERED that, based on the stay previously ordered herein, and on the court's own scheduling needs, the hearings on all pending motions in this matter are CONTINUED to 10:00 a.m. on July 20, 2010.

Dated: *6/21/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

copies handed to Plaintiff Van on  *6/22/10*                     to:

Nathalie Thuy Van
1037 N. Abbott Avenue
Milpitas, CA 95035

                                                      /s/  Donna Kirchner                    for
                                                      MARTHA BROWN
                                                      Courtroom Deputy