UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN, et al.,          ) | Case No.: C 08-5296 PVT |
|                                     ) | |
|            Plaintiffs,              ) | **CORRECTED ORDER RESCHEDULING HEARING ON PENDING MOTIONS** |
|                                     ) | |
|      v.                             ) | |
|                                     ) | |
| WAL-MART STORES, INC., et al.,      ) | |
|                                     ) | |
|            Defendants.              ) | |

At the last Case Management Conference, this court took off calendar Plaintiff Nathalie Van's Motion to Compel and Motion for Contempt, both of which were set to be heard on October 19, 2010, as well as Defendants' two Motions to Dismiss, which which were set to be heard November 9, 2010, in order to allow the parties an opportunity to participate in a settlement conference on October 20, 2010. The case did not settle at the settlement conference. Therefore,

IT IS HEREBY ORDERED that, absent further order of the court otherwise, the four motions referenced above will be heard at 10:00 a.m. on November 30, 2010. If this date is inconvenient for either party, the parties shall promptly meet and confer regarding an alternative date and no later than November 16, 2010, file either a stipulation or their respective proposals for an alternative hearing date.

Dated: *10/22/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

*Counsel automatically notified of this filing via the court' s Electronic Case Filing system.*

copies handed to Plaintiff Van on    *10/25/10*    to:

Nathalie Thuy Van
1037 N. Abbott Avenue
Milpitas, CA 95035

                                                */s/   Donna Kirchner     for*
                                                OSCAR RIVERA
                                                Courtroom Deputy