1  PHILLIPS, SPALLAS & ANGSTADT LLP
   Robert K. Phillips -135088
2  Candice A. Mullings- 237383
   Three Embarcadeo, Suite 550
3  San Francisco, California   94111
   Telephone: (415) 278-9400
4  Facsimile:   (415) 278-9411

5  Attorneys for Defendant,
   WAL-MART STORES, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 | NATHALIE THUY VAN                  | Case No. : C 08 05296 PVT
13 |         Plaintiff,                 |
14 |    v.                              | DEFENDANT WAL-MART STORES,
   |                                    | INC.'S NOTICE OF MOTION AND
15 | WAL-MART STORES, INC.              | MOTION AND MEMORANDUM OF
   |                                    | POINTS AND AUTHORITIES IN
16 |         Defendant.                 | SUPPORT OF MOTION TO SHORTEN
   |                                    | TIME FOR PROTECTIVE ORDER

Filed concurrently with (1) Declaration in Support of Motion for Order Shortening Time (2) Proposed Order regarding Order Shortening Time (3) Notice of Motion and Motion and Memorandum of Points and Authorities in Support of Motion for Protective Order (4) Declaration in support of Motion for Protective Order and (5) Proposed Order regarding Protective Order

Date: November 30, 2010
Time: 10:00am
Dept: Courtroom 5, 4th Floor

- 1 -

**TO THE COURT AND PRO PER PLAINTIFF NATHALIE THUY VAN:**

Pursuant to Local Rule 6-1 and 6-3, Defendant hereby seeks an Order to Shorten the Time for Defendant's Motion for a Protective Order filed and provided to Plaintiff on November 9, 2010. Pursuant to Civil Local Rule 7-2, the first date Defendant's Motions can be heard is December 14, 2010. Because closely related Motions have been set by the Court to be heard on November 30, 2010, Defendant requests that its Motion for a Protective be heard that same day. Having been unable to secure a stipulation from Plaintiff for a shortened time schedule, Defendant seeks this Order from the Court.

Defendant has filed this Motion as soon as was practical. In correspondence dated October 22, 2010, Plaintiff stated that she was considering executing a protective order. In correspondence dated November 3, 2010, Plaintiff advised Defendant that she was "not agreeable to executing a protective Order". Defendant urgently needs protections against the disclosure of the confidential and irrelevant information which Plaintiff seeks to compel on November 30, 2010.

If the Court is not inclined to grant Defendant's Motion to Shorten Time, Defendant requests that the Court reset Plaintiff's Motion to Compel and Plaintiff's Motion for Contempt for December 21, 2010 at 10:00am so Defendant's Motion for a Protective Order may be heard at the same time and noticed pursuant to the 35-day notice period provided by Civil Local Rule 7-2.

//
//
//
//
//
//

- 2 -
DEFENDANT'S NOTICE OF MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO SHORTEN TIME FOR PROTECTIVE ORDER
Case No. : C 08 05296 PVT

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Declaration in support of Motion for Order Shortening Time, Proposed Order, the pleadings and record on file in this action, and such oral argument as may be presented at the hearing on this Motion.

Respectfully Submitted

Dated: November 9, 2010

PHILLIPS, SPALLAS & ANGSTADT LLP

BY: _____
Candice A. Mullings
cmullings@psalaw.net
Attorneys for Defendant
WAL-MART STORES INC.

- 3 -

# PROOF OF SERVICE
## Nathalie Thuy Van v. Wal-Mart Stores, Inc.
### US. District Court - Northern District of California Case Number - C 08 05296

I am a citizen of the United States and a resident of the County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is Three Embarcadero Center, Suite 550, San Francisco, California 94111.

__X___ On the date indicated below, I served the document(s) designated below on all parties listed in said cause by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the outgoing mail box located in my office in accordance with ordinary business practices for deposit with the United States Postal Service in San Francisco, California. I am readily familiar with my office business practice for collection and processing of correspondence for mailing and the within correspondence will be deposited with the United States Postal Service this date in the ordinary course of business.

__X___ I caused the document to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, an electronic message or other indication that the transmission was unsuccessful.

_____ On the date indicated below, I personally served the document(s) designated below by delivering a true copy thereof to the person(s) and at the address(es) listed below.

**DOCUMENT(S) SERVED:**

DEFENDANT WAL-MART STORES, INC.'S NOTICE OF MOTION AND MOTION FOR SANCTIONS AGAINST PLAINTIFF REGARDING MOTION TO COMPEL AND MOTION FOR CONTEMPT OF COURT

DECLARATION OF CANDICE MULLINGS IN SUPPORT OF MOTION FOR SANCTIONS REGARDING PLAINTIFF'S MOTION TO COMPEL AND MOTION FOR CONTEMPT OF COURT

[PROPOSED] ORDER REGARDING MOTION FOR SANCTIONS AGAINST PLAINTIFF

DEFENDANT WAL-MART STORES, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR A BENCH TRIAL

DEFENDANT WAL-MART STORES, INC.'S NOTICE OF MOTION AND MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO SHORTEN TIME FOR PROTECTIVE ORDER

DECLARATION OF CANDICE MULLINGS IN SUPPORT OF ORDER SHORTENING TIME FOR DEFENDANT'S PROTECTIVE ORDER

[PROPOSED] ORDER REGARDING SHORTENING TIME FOR DEFENDANT'S PROTECTIVE ORDER

DEFENDANT WAL-MART STORES, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN

1  OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL AND MOTION FOR CONTEMPT OF COURT

2

3  DECLARATION OF CANDICE MULLINGS IN SUPPORT OF DEFENDANT WAL-MART STORES, INC.'S OPPOSITION TO MOTION TO COMPEL AND MOTION FOR CONTEMPT

4

5  DEFENDANT WAL-MART STORES, INC.'S NOTICE OF MOTION AND MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PROTECTIVE ORDER

6

7  DECLARATION OF CANDICE MULLINGS IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

8  DEFENDANT WAL-MART STORES, INC.'S [PROPOSED] PROTECTIVE ORDER

9

10

Nathalie Thuy Van
11  1037 North Abbott Avenue
Milpitas, CA 95035
12  Email: *thuyngocvan@yahoo.com*

13

14  I declare under penalty of perjury under the laws of the State of California that the foregoing is true

15  and correct. Executed on **November 9, 2010,** at San Francisco, California.

16

17  *[signature]*
Kristina Ober