1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA
9                        SAN JOSE DIVISION
10

| | | |
|---|---|---|
| NATHALIE THUY VAN, et al., | ) | Case No.: C 08-5296 PSG |
| | ) | |
| Plaintiffs, | ) | **ORDER CONTINUING TO JANUARY 4,** |
| | ) | **2010 THE HEARINGS ON PLAINTIFF'S** |
| v. | ) | **MOTION TO COMPEL, PLAINTIFF'S** |
| | ) | **MOTION FOR CONTEMPT, DEFENDANT'S** |
| WAL-MART STORES, INC., et al., | ) | **MOTION FOR PROTECTIVE ORDER,** |
| | ) | **DEFENDANT'S MOTION FOR SANCTIONS** |
| Defendants. | ) | |
| _____ | ) | |

        Currently scheduled for hearing on December 21, 2010, are Defendant's motion to dismiss

various claims in Plaintiff's Second Amended Complaint, Plaintiff's motion to compel, Plaintiff's

motion for contempt, Defendant's motion for protective order, and Defendant's two motions for

sanctions.  Having reviewed the papers submitted by the parties, the court finds it appropriate to

issue this order without oral argument.  Based on the moving, opposition and reply papers submitted,

and the file herein,

        IT IS HEREBY ORDERED that all of the above-referenced motions other than Defendant's

motion to dismiss are CONTINUED to 10:00 a.m. on January 4, 2010.  Because the outcome motion

to dismiss may impact the scope of discovery in this case, the court finds that judicial economy is

best served by resolving the motion to dismiss before considering the discovery motions.

Dated:  *December 20, 2010*

                                    _____
                                    PAUL S. GREWAL
                                    United States Magistrate Judge

                           ORDER, *page 1*

1

2    ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

3

4    copies handed to Plaintiff Van on    *12/21/10*          to:

5    Nathalie Thuy Van
     1037 N. Abbott Avenue
6    Milpitas, CA 95035

7
                                          */s/  Donna Kirchner      for*
8                                         OSCAR RIVERA
                                          Courtroom Deputy
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28