UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>WAL-MART STORES, INC., et al.,<br><br>   Defendants. | Case No.: C 08-5296 PSG<br><br>**ORDER Taking Motions Under Submission** |

Several motions are currently scheduled to be heard on January 4, 2011. Based on the court's scheduling needs and the file herein,

IT IS HEREBY ORDERED that the January 4, 2011 hearing is VACATED and all motions scheduled to be heard that day are TAKEN UNDER SUBMISSION.

Dated: *December 29, 2010*

PAUL S. GREWAL
United States Magistrate Judge

***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

copies sent on   *12/29/10*   to:

Nathalie Thuy Van
1037 N. Abbott Avenue
Milpitas, CA 95035

          */s/   Donna Kirchner     for*
          OSCAR RIVERA
          Courtroom Deputy