UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>WAL-MART STORES, INC., et al.,<br><br>          Defendants. | Case No.: C 08-5296 PSG<br><br>**ORDER RELIEVING PARTIES OF MEET AND CONFER REQUIREMENT AND INSTEAD REQUIRING PARTIES TO OBTAIN LEAVE OF COURT BEFORE FILING ANY FURTHER DISCOVERY OR SANCTIONS MOTIONS** |

Having reviewed numerous motions in this case, it is apparent that the parties have difficulty making their meet and confer efforts productive. As a matter of case management, the court finds it appropriate to alter the procedure for bringing discovery disputes to the attention of the court. Therefore,

IT IS HEREBY ORDERED that the meet and confer requirements of both the Federal Rules of Civil Procedure and this court's Civil Local Rules no longer apply to discovery disputes in this case.

IT IS FURTHER ORDERED that, before filing in this court a motion to compel discovery, a motion for protection from discovery, or a motion for sanctions, the moving party shall file an administrative motion seeking leave to do so. Any such motion shall be no more than 5 pages and shall summarize the dispute and the proposed motion. No response to the administrative motion

1 shall be filed.  However, if the administrative motion prompts resolution of the matter, the parties
2 may stipulate to withdraw the administrative motion.  If the court grants leave to file the proposed
3 motion, the moving party shall do so in compliance with Civil L.R. 7 (and Civil L.R. 6 if shortened
4 time is requested).

5     IT IS FURTHER ORDERED that, in the event a dispute arises in connection with a subpoena
6 issued in this case by another court, either party wishing to file a motion need not obtain leave of
7 court to do so.  However, a copy of this order must be filed along with any such motion in the other
8 court.  It will remain up to the other court to determine whether to require the parties to meet and
9 confer before it entertains the motion.

10 Dated: *January 7, 2011*

                          PAUL S. GREWAL
                          United States Magistrate Judge

***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

<u>copies sent on</u>      *1/7/11*        to:

Nathalie Thuy Van
1037 N. Abbott Avenue
Milpitas, CA 95035

                                                                                  /s/   Donna Kirchner      for
                                           OSCAR RIVERA
                                           Courtroom Deputy