UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| NATHALIE THUY VAN, | ) | Case No.: C 08-05296 PSG |
| Plaintiff, | ) | |
| v. | ) | **ORDER DENYING MOTION TO SEAL** |
| WAL-MART STORES, INC., et al., | ) | **(Re: Docket No. 224)** |
| Defendants. | ) | |

On March 1, 2011, Defendant Wal-Mart Stores, Inc. ("Wal-Mart") filed a motion to file under seal the Declaration of Jessica Stuart Pliner in Support of Defendant's Reply to Motion for a Mental Examination of Plaintiff Nathalie Van ("Van") and all attached exhibits because the documents have been designated as confidential by Van.

Pursuant to Civil Local Rule 79-5(d), Van "must file with the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality. If the designating party does not file its responsive declaration as required by this subsection, the document or proposed filing will be made part of the public record."

Van was required to file the declaration and a proposed sealing order or to withdraw the confidentiality designation from the documents, no later March 8, 2011. Van did not do so. Accordingly,

ORDER, *page 1*

1   IT IS HEREBY ORDERED that the motion to seal is DENIED.  The Declaration of Jessica
2 Stuart Pliner in Support of Defendant's Reply to Motion for a Mental Examination of  Van and all
3 attached exhibits will be made part of the public record.
4 Dated: March 10, 2011

```
                                        _____
                                        PAUL S. GREWAL
                                        United States Magistrate Judge
```

1 | **Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

Nathalie Thuy Van
1037 North Abbott Avenue
Milpitas, CA 95035

Dated: March 10, 2011

                    */s/ Chambers Staff*
                    Chambers of U.S. Magistrate Judge Paul S. Grewal