UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATALIE THUY VAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WAL-MART STORES, INC., et al.,<br><br>　　　　Defendants. | Case No.: C 08-5296 PSG<br><br>**ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION TO COMPEL**<br><br>**(Re: Docket No. 212)** |

On February 28, 2011, Defendant filed an administrative motion seeking leave to file a motion to compel. Having reviewed the administrative motion and the file herein,

IT IS HEREBY ORDERED that Defendant's administrative motion for leave to file a motion to compel is GRANTED. Defendant shall file and serve (by overnight courier) its proposed motion no later than March 30, 2011. Plaintiff shall file her opposition no later than April 13, 2011. Defendant shall file and serve (by overnight courier) its reply brief, if any, no later than April 20, 2011. Absent further order of the court, the motion will be deemed submitted

1  without oral argument at that time.

2  Dated: March 25, 2011

3  _____
   PAUL S. GREWAL
   United States Magistrate Judge

**Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

Nathalie Thuy Van
1037 North Abbott Avenue
Milpitas, CA 95035

Dated: March 25, 2011

                                             */s/ Chambers Staff*
                                           Chambers of U.S. Magistrate Judge Paul S. Grewal