UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATALIE THUY VAN,<br><br>          Plaintiff,<br><br>     v.<br><br>WAL-MART STORES, INC., et al.,<br><br>          Defendants. | Case No.: C 08-5296 PSG<br><br>**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO TAKE DEPOSITION AFTER THE DISCOVERY DEADLINE**<br><br>**(Re: Docket No. 333)** |

On April 4, 2011, Plaintiff Natalie Thuy Van ("Van") filed an administrative motion seeking leave to conduct the deposition of "the psychiatrist of Kaiser" after the discovery deadline.[1] In the motion, Van mentions the previously noticed depositions of both Eileen Lee ("Lee") and Manasi Rana ("Rana"), but does not make clear whether she wishes to depose Lee or Rana or both. Van also does not explain what information she seeks from either psychiatrist that necessitates taking a deposition after the discovery cutoff. Furthermore, Van does not explain why she waited six weeks after the discovery cutoff to move for leave to take the deposition. Van has not established good cause. The motion for leave to take the deposition of the psychiatrist of

---

[1] *See* 4/4/11 Admin. Mot. for Leave To Take Dep. of Psychiatrist of Kaiser after the Discovery Deadlines (Docket No. 333).

ORDER, *page 1*

1  Kaiser after the discovery cutoff, therefore, is DENIED.

2  Dated: April 7, 2011

                                        _____
                                        PAUL S. GREWAL
                                        United States Magistrate Judge

**Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

Nathalie Thuy Van
1037 North Abbott Avenue
Milpitas, CA 95035

Dated: April 8, 2011

                                           */s/ Chambers Staff*
                                           Chambers of U.S. Magistrate Judge Paul S. Grewal