UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATALIE THUY VAN,<br><br>  Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., et al.,<br><br>  Defendants. | Case No.: C 08-5296 PSG<br><br>**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION TO QUASH**<br><br>**(Re: Docket No. 347)** |

On April 5, 2011, Plaintiff Natalie Thuy Van ("Van") filed an administrative motion seeking leave to file a motion to quash a subpoena served on non-party Albert Buu-Hoang Nguyen-Phoc ("Phoc").[1] As an initial matter, the court must determine whether Van has standing to move to quash a subpoena served upon a non-party. "Ordinarily a party has no standing to seek to quash a subpoena issued to someone who is not a party to the action, unless the objecting party claims some personal right or privilege with regard to the documents sought."[2] Van has not claimed that she has a personal right or privilege with regard to the documents sought. Van does

---

[1] *See* 4/4/11 Admin. Mot. for Leave To File Mot. for Sanctions for Using Jud. Process Improp., Abusing Authority, Failing To Take Reasonable Steps To Avoid Imposing Undue Burden, Loss of Wages, Intruding Upon Non-Party's Privacy, Disclosure of Private Photos, and Req. Docs. Unrelated (Docket No. 327).

[2] *Chasten v. Franklin*, No. 10-80205 MISC JW (HRL), 2010 WL 4065606, at *1 (N.D. Cal. Oct. 14, 2010) (citing 9A Charles Alan Wright & Arthur R. Miller, Federal Practice & Procedure § 2459 (3d ed.2008)).

1 | not have standing to bring a motion to quash the subpoena directed at Phoc. The motion for leave
2 | to file a motion to quash, therefore, is DENIED.
3 | Dated:   4/7/2011

_____
PAUL S. GREWAL
United States Magistrate Judge

1  Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.

2

A copy of this filing was mailed to:

3

Nathalie Thuy Van
4  1037 North Abbott Avenue
Milpitas, CA 95035

5

Dated: April 8, 2011

6

7                                              /s/ Chambers Staff
                                      Chambers of U.S. Magistrate Judge Paul S. Grewal

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28