UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>    Defendant. | Case No.: 08-CV-5296-PSG<br><br>**ORDER VACATING HEARING** |

Pursuant to Civ. L.R. 7-1(b), the pending motion to quash (Docket No. 377) may be determined without oral argument. Accordingly, the May 24, 2011 hearing on this motion is vacated.

Dated: May 10, 2011

*Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge

**Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

Nathalie Thuy Van
1037 North Abbott Avenue
Milpitas, CA 95035

Dated: May 11, 2011

                                                  */s/ Chambers Staff*
                                        Chambers of U.S. Magistrate Judge Paul S. Grewal

2

Case No.: 08-5296
ORDER