UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN, <br><br>   Plaintiff, <br><br> v. <br><br> WAL-MART STORES, INC., <br><br>   Defendant. | Case No.: C 08-05296 PSG <br><br> **JUDGMENT** |

Pursuant to the foregoing court's Order Granting Defendant's Motion for Summary Judgment,

IT IS HEREBY ORDERED that judgment be entered in favor of Defendant Wal-Mart Stores, Inc. and against Plaintiff Nathalie Thuy Van. The Clerk of the Court shall close the file.

Dated: 8/2/2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER