UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN,<br><br>     Plaintiff,<br>v.<br><br>WAL-MART STORES, INC., MICHAEL SALANO AND NOE LEON,<br><br>     Defendants. | Case No. 5:08-cv-05296-PSG<br><br>**NOTICE OF STATUS CONFERENCE** |

In light of the appearance of Plaintiff Nathalie Thuy Van's counsel, the court deems it appropriate to accelerate the conference presently set for September 30, 2014. The conference is rescheduled to September 9, 2014 at 10 AM to discuss the status of the pleadings and to set a date for trial in this case as soon as possible.

**IT IS SO ORDERED.**

Dated: September 5, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

1

Case No. 5:08-cv-05296-PSG
NOTICE OF STATUS CONFERENCE