UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN,<br><br>        Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.<br><br>        Defendant. | Case No.  5:08-CV-05296-PSG<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINITIFF'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS |

     Now pending before the court is Plaintiff Nathalie Thuy Van's Motion to Remove Incorrectly Filed Documents.  The court, having considered the parties' submissions, is of the opinion that the Motion should be and is hereby **GRANTED**.

     Docket Numbers 529, 529-3, 529-6, 529-10, 529-11, 529-12, 529-14, 529-16, 529-18, 529-19, and 529-20 are to be permanently deleted from the docket.

**IT IS SO ORDERED.**

DATED: 12/15/2014

_____
HONORABLE Paul S. Grewal
United States Magistrate Judge