|     |                          |                                                                    |
| --- | ------------------------ | ------------------------------------------------------------------ |
|     | UNITED STATES DISTRICT COURT |                                                                |
|     | NORTHERN DISTRICT OF CALIFORNIA |                                                             |
|     | SAN JOSE DIVISION        |                                                                    |

NATHALIE THUY VAN,

       Plaintiff,

v.

WAL-MART STORES, INC.

       Defendant.

Case No.  5:08-CV-05296-PSG

**[**PROPOSED**] ORDER AUTHORIZING THE USE OF AUDIO VISUAL EQUIPMENT IN COURTROOM AT JURY TRIAL**

1  Plaintiff Nathalie Thuy Van's ("Van") seeks an Order authorizing counsel to bring certain audio-
2  visual equipment into the courtroom in support of the jury trial scheduled in this matter to begin on
3  January 5, 2015 at 9:00 a.m.  The Court is of the opinion that the request should be and is hereby
4  **GRANTED.**
5  IT IS ORDERED that Van shall be allowed to bring the following equipment:
6  1.  One (1) projector;
7  2.  One (1) Elmo;
8  3.  Seven (7) LCD flat screen monitors;
9  4.  Two (2) easels;
10  5.  Laptop computers;
11  6.  All stands, cables, adapters, extension cords, switches power strips, and tape necessary
12  for using the above referenced equipment.
13  IT IS FURTHER ORDERED that Van shall have access to the courtroom to set-up the above
14  equipment at 10:00 a.m. on January 2, 2015.
15  **IT IS SO ORDERED.**

18  Dated: _12/18/2014_

  _____
  HONORABLE Paul S. Grewal
  United States Magistrate Judge