1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NATHALIE THUY VAN,                           )     Case No. 5:08-cv-05296-PSG
                                             )
                    Plaintiff,               )     **[PROPOSED] VERDICT FORM**
                                             )
          v.                                 )
                                             )
WAL-MART STORES, INC.,                       )
                                             )
                    Defendant.               )
_____)

Case No. 5:08-cv-05296-PSG
[PROPOSED] VERDICT FORM

# VERDICT FORM

## Part A.   LIABILITY

### False Imprisonment

1. Has Van proven, by a preponderance of the evidence, that on November 24, 2007, Wal-Mart committed the tort of false imprisonment?

_____        _____
Yes                           No

### Unruh Act

2. Has Van proven, by a preponderance of the evidence, that on November 24, 2007, Wal-Mart violated the Unruh Act and denied Van full and equal accommodations, advantages, facilities, privileges and service of Wal-Mart's business based on her race, ancestry or national origin?

_____        _____
Yes                           No

### Negligent Hiring, Supervision and Retention

3. Has Van proven, by a preponderance of the evidence, that on November 24, 2007 Wal-Mart committed the tort of negligent hiring, supervision and retention?

_____        _____
Yes                           No

### Intentional Infliction of Emotional Distress

4. Has Van proven, by a preponderance of the evidence, that on November 24, 2007, Wal-Mart committed the tort of intentional infliction of emotional distress against her?

_____        _____
Yes                           No

### Negligent Infliction of Emotional Distress

5. Has Van proven, by a preponderance of the evidence, that on November 24, 2007, Wal-Mart committed the tort of negligent infliction of emotional distress?

_____        _____
Yes                           No

Case No. 5:08-cv-05296-PSG
[PROPOSED] VERDICT FORM

**United States District Court**
For the Northern District of California

**Negligent Misrepresentation**

6. Has Van proven, by a preponderance of the evidence, that on November 24, 2007, Wal-Mart committed the tort of negligent misrepresentation?

_____          _____
Yes                              No

**Negligence Claim**

7. Has Van proven, by a preponderance of the evidence, that on November 24, 2007, Wal-Mart was negligent in its conduct toward Van?

_____          _____
Yes                              No

If your answer to Question 7 is "Yes," then please proceed to Question 8.  If your answer to Question 8 is "No," proceed directly to Part B.

8. Was Wal-Mart's negligence a substantial factor in causing harm to Van?

_____          _____
Yes                              No

If your answer to Question 8 is "Yes," then please proceed to Question 9.  If your answer to Question 8 is "No," proceed directly to Part B.

9. Was Van or Rainier negligent?

_____          _____
Yes                              No

If your answer to Question 9 is "Yes," then please proceed to Question 10.  If your answer to Question 9 is "No," proceed directly to Part B.

10. Was Van or Rainier's negligence a substantial factor in causing Van's harm?

_____          _____
Yes                              No

If your answer to Question 10 is "Yes," then please proceed to Question 11.  If your answer to Question 10 is "No," proceed directly to Part B.

11. What percentage of responsibility for Van's harm do you assign to:

Wal-Mart:                _____%

Van and Rainier:       _____%

TOTAL:                    _100_%

Case No. 5:08-cv-05296-PSG
[PROPOSED] VERDICT FORM

United States District Court
For the Northern District of California

Please proceed to Part B.

**Part B.**     **DAMAGES**

If you answered "Yes" to any or all of Questions 1, 2, 3, 4, 5, 6, 7, or 8, please answer the following questions.  Otherwise, stop here, answer no further questions, and have the foreperson sign and date this form.

12. What is the total amount of damages, if any, suffered by Van in each category described below?  Do not award duplicate damages for the same harm suffered from multiple claims.

Compensatory Damages:          $_____

Punitive Damages      :          $_____

TOTAL:          $_____

13. Did Van use reasonable efforts to mitigate her damages?

_____          _____
Yes               No

If your answer to Question 13 is "No," please proceed to Question 14.  If your answer to Question 13 is "Yes," stop here, answer no further questions, and have the foreperson sign and date this form.

14. How much of Van's damages could have been mitigated by Van's reasonable efforts?

$_____

Dated: _____

_____
PRESIDING JUROR

After this verdict form has been signed and dated, notify the court that you are ready to present your verdict in the courtroom.

**SO ORDERED.**

Dated: December 18, 2014

_Paul S. Grewal_
PAUL S. GREWAL
United States Magistrate Judge

Case No. 5:08-cv-05296-PSG
[PROPOSED] VERDICT FORM

4