UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN,<br><br>          Plaintiff,<br><br>     v.<br><br>WAL-MART STORES, INC.,<br><br>          Defendant. | Case No. 5:08-cv-05296-PSG<br><br>**ORDER RE: CHARGE CONFERENCE**<br><br>(Re: Docket Nos. 552, 553) |

Earlier today, the court posted proposed jury instructions and a proposed verdict form. These documents are in preparation of the charge conference which will be held on Wednesday, January 7, 2015 at 4:30 PM, at which point the parties may raise further objections or proposed amendments.

**SO ORDERED.**

Dated: December 18, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge