UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN,<br><br>      Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>      Defendant. | Case No. 5:08-cv-05296-PSG<br><br>**NOTICE RE TRIAL SCHEDULE** |

Due to a conflict in the court's calendar, the court will go dark on Friday, January 9, 2015.[1]

Trial will resume at 9:00AM on Monday, January 12, 2015.

**SO ORDERED.**

Dated: December 31, 2014

*[signature]*
PAUL S. GREWAL
United States Magistrate Judge

---

[1] The court will also go dark on Tuesday, January 6, 2015. *See* Docket No. 546 at 5.

1

Case No. 5:08-cv-05296-PSG
NOTICE RE TRIAL SCHEDULE