1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| NATHALIE THUY VAN, | ) | Case No. 5:08-cv-05296-PSG |
| Plaintiff, | ) | **VERDICT FORM** |
| v. | ) | |
| WAL-MART STORES, INC., | ) | |
| Defendant. | ) | |

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>**VERDICT FORM**</u>

<u>**Part A.**</u>        **LIABILITY**

**False Imprisonment**

1. Has Van proven, by a preponderance of the evidence, that on November 24, 2007, Wal-Mart committed the tort of false imprisonment?

_____          _____
Yes                          No

**Unruh Act**

2. Has Van proven, by a preponderance of the evidence, that on November 24, 2007, Wal-Mart violated the Unruh Act and denied Van full and equal accommodations, advantages, facilities, privileges and service of Wal-Mart's business based on her race, ancestry or national origin?

_____          _____
Yes                          No

**Section 1981**

3. Has Van proven, by a preponderance of the evidence, that on November 24, 2007, Wal-Mart violated Section 1981 and denied Van equal accommodation under the law?

_____          _____
Yes                          No

**Negligent Hiring, Training, Supervision or Retention**

4. Has Van proven, by a preponderance of the evidence, that on November 24, 2007 Wal-Mart committed the tort of negligent hiring, training, supervision or retention?

_____          _____
Yes                          No

**Intentional Infliction of Emotional Distress**

5. Has Van proven, by a preponderance of the evidence, that on November 24, 2007, Wal-Mart committed the tort of intentional infliction of emotional distress against her?

_____          _____
Yes                          No

Case No. 5:08-cv-05296-PSG
VERDICT FORM

**Negligent Inflction of Emotional Distress**

6. Has Van proven, by a preponderance of the evidence, that on November 24, 2007, Wal-Mart committed the tort of negligent inflction of emotional distress?

_____          _____
Yes                       No

**Negligent Misrepresentation**

7. Has Van proven, by a preponderance of the evidence, that on November 24, 2007, Wal-Mart committed the tort of negligent misrepresentation?

_____          _____
Yes                       No

**Negligence Claim**

8. Has Van proven, by a preponderance of the evidence, that on November 24, 2007, Wal-Mart was negligent in its conduct toward Van?

_____          _____
Yes                       No

If your answer to Question 8 is "Yes," then please proceed to Question 9.  If your answer to Question 8 is "No," proceed directly to Part B.

9. Was Wal-Mart's negligence a substantial factor in causing harm to Van?

_____          _____
Yes                       No

If your answer to Question 9 is "Yes," then please proceed to Question 10.  If your answer to Question 9 is "No," proceed directly to Part B.

10. Was Rainier negligent?

_____          _____
Yes                       No

If your answer to Question 10 is "Yes," then please proceed to Question 11.  If your answer to Question 10 is "No," proceed directly to Part B.

11. Was Rainier's negligence a substantial factor in causing Van's harm?

_____          _____
Yes                       No

If your answer to Question 11 is "Yes," then please proceed to Question 12.  If your answer to Question 11 is "No," proceed directly to Part B.

3

Case No. 5:08-cv-05296-PSG
VERDICT FORM

United States District Court
For the Northern District of California

12. What percentage of responsibility for Van's harm do you assign to:

Wal-Mart:          _____%

Rainier:            _____%

TOTAL:           _100_%

Please proceed to Part B.

**Part B.      DAMAGES**

If you answered "Yes" to any or all of Questions 1, 2, 3, 4, 5, 6, 7, 8 or 9, please answer the following questions.  Otherwise, stop here, answer no further questions, and have the foreperson sign and date this form.

13. What is the total amount of damages, if any, suffered by Van in each category described below?  Do not award duplicate damages for the same harm suffered from multiple claims.

Compensatory Damages:          $_____

Punitive Damages     :          $_____

TOTAL:                          $_____

14. Did Van use reasonable efforts to mitigate her damages?

_____          _____
Yes                   No

If your answer to Question 14 is "No," please proceed to Question 15.  If your answer to Question 14 is "Yes," stop here, answer no further questions, and have the foreperson sign and date this form.

15. How much of Van's damages could have been mitigated by Van's reasonable efforts?

$_____

Dated: _____

_____
PRESIDING JUROR

After this verdict form has been signed and dated, notify the court that you are ready to present your verdict in the courtroom.

Case No. 5:08-cv-05296-PSG
VERDICT FORM

1    **SO ORDERED.**

2    Dated: January 9, 2015

3    _____
     PAUL S. GREWAL

4    United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 5:08-cv-05296-PSG
VERDICT FORM

United States District Court
For the Northern District of California