1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| NATHALIE THUY VAN, | ) | Case No. 5:08-cv-05296-PSG |
| Plaintiff, | ) | **AMENDED VERDICT FORM** |
| v. | ) | |
| WAL-MART STORES, INC., | ) | |
| Defendant. | ) | |

1

## **VERDICT FORM**

### Part A.        LIABILITY

**False Imprisonment**

1. Has Van proven, by a preponderance of the evidence, that on November 24, 2007, Wal-Mart committed the tort of false imprisonment?

_____        _____
Yes                                No

**Unruh Act**

2. Has Van proven, by a preponderance of the evidence, that on November 24, 2007, Wal-Mart violated the Unruh Act and denied Van full and equal accommodations, advantages, facilities, privileges and service of Wal-Mart's business based on her race, ancestry or national origin?

_____        _____
Yes                                No

**Section 1981**

3. Has Van proven, by a preponderance of the evidence, that on November 24, 2007, Wal-Mart violated Section 1981 and denied Van equal accommodation under the law?

_____        _____
Yes                                No

**Negligent Hiring, Training, Supervision or Retention**

4. Has Van proven, by a preponderance of the evidence, that on November 24, 2007 Wal-Mart committed the tort of negligent hiring, training, supervision or retention?

_____        _____
Yes                                No

**Intentional Infliction of Emotional Distress**

5. Has Van proven, by a preponderance of the evidence, that on November 24, 2007, Wal-Mart committed the tort of intentional infliction of emotional distress against her?

_____        _____
Yes                                No

Case No. 5:08-cv-05296-PSG
AMENDED VERDICT FORM

*United States District Court*
*For the Northern District of California*

**Negligent Infliction of Emotional Distress**

6. Has Van proven, by a preponderance of the evidence, that on November 24, 2007, Wal-Mart committed the tort of negligent infliction of emotional distress?

_____        _____
Yes                         No

**Negligent Misrepresentation**

7. Has Van proven, by a preponderance of the evidence, that on November 24, 2007, Wal-Mart committed the tort of negligent misrepresentation?

_____        _____
Yes                         No

**Negligence Claim**

8. Has Van proven, by a preponderance of the evidence, that on November 24, 2007, Wal-Mart was negligent in its conduct toward Van?

_____        _____
Yes                         No

If your answer to Question 8 is "Yes," then please proceed to Question 9.  If your answer to Question 8 is "No," proceed directly to Part B.

9. Was Wal-Mart's negligence a substantial factor in causing harm to Van?

_____        _____
Yes                         No

If your answer to Question 9 is "Yes," then please proceed to Question 10.  If your answer to Question 9 is "No," proceed directly to Part B.

10. Was Rainier negligent?

_____        _____
Yes                         No

If your answer to Question 10 is "Yes," then please proceed to Question 11.  If your answer to Question 10 is "No," proceed directly to Part B.

11. Was Rainier's negligence a substantial factor in causing Van's harm?

_____        _____
Yes                         No

If your answer to Question 11 is "Yes," then please proceed to Question 12.  If your answer to Question 11 is "No," proceed directly to Part B.

3

Case No. 5:08-cv-05296-PSG
AMENDED VERDICT FORM

12. What percentage of responsibility for Van's harm do you assign to:

|                | |          |
|----------------|-|----------|
| Wal-Mart:      | | _____ %  |
| Rainier:       | | _____ %  |
| TOTAL:         | | _100_ %  |

Please proceed to Part B.

**Part B.**       **DAMAGES**

If you answered "Yes" to any or all of Questions 1, 2, 3, 4, 5, 6, 7, 8 or 9, please answer the following questions.  Otherwise, stop here, answer no further questions, and have the foreperson sign and date this form.

13. What is the total amount of damages, if any, suffered by Van in each category described below?  Do not award duplicate damages for the same harm suffered from multiple claims.

|                        | |                      |
|------------------------|-|----------------------|
| Compensatory Damages:  | | $_____   |
| Punitive Damages   :   | | $_____   |
| TOTAL:                 | | $_____   |

Dated: _____

_____
PRESIDING JUROR

After this verdict form has been signed and dated, notify the court that you are ready to present your verdict in the courtroom.

**SO ORDERED.**

Dated: January 12, 2015

_Paul S. Grewal_
PAUL S. GREWAL
United States Magistrate Judge

United States District Court
For the Northern District of California