UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| NATHALIE THUY VAN, | ) | Case No. 5:08-cv-05296-PSG |
| Plaintiff, | ) ) ) | **FURTHER INSTRUCTION TO THE JURY** |
| v. | ) ) | |
| WAL-MART STORES, INC., | ) ) | |
| Defendant. | ) ) | |

## 43. DEFINITION OF "CONSENT"

"Consent" means: acting freely and voluntarily and without the influence of threats, force or duress and with a willingness in fact for conduct to occur.  It may be manifested by action or inaction and need not be communicated to the actor.  If words or conduct are reasonably understood by another to be intended as consent, they constitute apparent consent and are as effective as consent in fact. Consent may be given expressly or by implication.

## 44. DEFINITION OF "INCOMPETENT"

"Incompetent" means: lacking the ability or necessary qualification, knowledge or training that is proper, suitable or acceptable for a person acting with reasonable care when carrying out the duties of an Asset Protection Associate.

## 45. DEFINITION OF "UNFIT"

"Unfit" means: not having the proper qualities or skills to perform as an Asset Protection Associate.

**SO ORDERED.**

Dated: January 13, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge